ROBERT W. COTTLE, ESQ.
Nevada Bar No. 4576
HAYDEN R. COTTLE, ESQ.
Nevada Bar No. 16219
**THE COTTLE FIRM**
8635 S. Eastern Avenue
Las Vegas, Nevada 89123
Email: rcottle@cottlefirm.com
        hrcottle@cottlefirm.com
Phone: (702) 722-6111
Facsimile: (702) 834-8555
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

KIM LISA HEATH,

        Plaintiff

vs.

UNITED STATES OF AMERICA,

        Defendant

CASE NO.: 2:24-cv-00155-CDS-BNW

## STIPULATION FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by Plaintiff KIM LISA HEATH, through her counsel The Cottle Firm, Defendant UNITED STATES OF AMERICA, through their counsel James R. Sweetin, Esq., that all of Plaintiff's claims and causes of action against Defendant UNITED STATES OF AMERICA, herein are dismissed with prejudice.

. . .

. . .

. . .

. . .

. . .

Each party will bear its own fees and costs.

DATED this __9th__ day of March, 2026.

**THE COTTLE FIRM**

By: _/s/ Hayden R. Cottle_
ROBERT W. COTTLE, ESQ.
Nevada Bar No. 4576
MATTHEW D. MINUCCI, ESQ.
Nevada Bar No. 12449
HAYDEN R. COTTLE, ESQ.
Nevada Bar No. 16219
8635 South Eastern Avenue
Las Vegas, Nevada 89123
Phone: (702) 722-6111
Facsimile: (702) 834-8555
_Attorneys for Plaintiff_

By:_/s/ James R. Sweetin_
TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada bar Ni. 8264
JAMES R. SWEETIN
Assistant United States Attorney
Nevada Bar No. 5144
501 Las Vegas Boulevard, Suite 1100
Las Vegas, NV 89101
_Attorneys for the Federal Defendant_

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
United States District Judge
Dated: March 10, 2026

- 2 -